DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL LEWIS** and **CHERYL LEWIS,**
Appellant,

v.

**AMERICAN BUILDERS AND CONTRACTORS SUPPLY COMPANY, INC.**
d/b/a **ABC SUPPLY CO., INC.,**
Appellee.

No. 4D21-614

[July 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case No. COCE06-16571, CACE20-3809.

Colleen Kathryn O 'Loughlin of Colleen Kathryn O'Loughlin, P.A., Fort Lauderdale, for appellant.

William J. Marell and Ferris G. Solomon, Jr. of Glickman, Witters & Marell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ, and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***